UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

_____

In re:

**OXFORD PROPERTY
SERVICES, INC.,**

                Debtor.

Order Filed on November 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No. 13-13820-VFP

Hearing date: 10/18/16 @ 10:00 am

Judge: Vincent F. Papalia

### ORDER EXPUNGING THE CLAIM OF
### PROPERTY SHIELD MANAGEMENT, LLC

**The relief set forth on the following page(s) numbered two (2) is hereby**

**DATED: November 8, 2016**

ORDE_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Re:  Oxford Property Services, Inc., Debtor
     Chapter 7; Case No. 13-13820-VFP
     **ORDER EXPUNGING THE CLAIM OF PROPERTY SHIELD MANAGEMENT, LLC**

___

**THIS MATTER,** having been opened to the Court by Muscarella, Bochet, Edwards & D'Alessandro, P.C., attorneys for Trustee Barbara A. Edwards, upon a Motion seeking to expunge the claim of Property Shield Management, LLC, and the Court having considered the affidavit in support of the claim and any opposition submitted thereto, and good cause having been shown; it is

**ORDERED** that claim # 24 on the claims register filed by Property Shield Management, LLC, as a general unsecured claim in the sum of $12,000.00 be and the same is hereby expunged.

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 13-13820-VFP
Oxford Property Services, Inc.                                  Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Nov 09, 2016
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2016.
db          #+Oxford Property Services, Inc.,    333 Meadowlands Parkway,    1st Floor,
              Secaucus, NJ 07094-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2016 at the address(es) listed below:
              Barbara    Edwards    on behalf of Defendant   AAR Consulting Maintenance bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Barbara    Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com
              Barbara    Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, PC
               bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Barbara    Edwards    on behalf of Plaintiff Barbara A. Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Christopher M. Hemrick    on behalf of Creditor Jennifer   Khoury chemrick@walsh.law,
               mvargas@walsh.law;sfalanga@walsh.law
              David H. Stein    on behalf of Creditor   TD Bank, N.A. dstein@wilentz.com,  ciarkowski@wilentz.com
              Erin   Kennedy    on behalf of Trustee Barbara   Edwards erin.kennedy@leclairryan.com,
               anna.sullivan@leclairryan.com
              Ilana   Volkov    on behalf of Debtor   Oxford Property Services, Inc. ivolkov@coleschotz.com,
               fpisano@coleschotz.com;ssallie@coleschotz.com
              Jill B. Bienstock    on behalf of Debtor   Oxford Property Services, Inc.
               jbienstock@coleschotz.com,  fpisano@coleschotz.com
              Kenneth L. Baum    on behalf of Debtor   Oxford Property Services, Inc.
               kbaum@kenbaumdebtsolutions.com,  fpisano@coleschotz.com
              Paul   Silverberg    on behalf of Creditor    Facilities - Pro Sweep - West Palm Beach
               psilverberg@pkslegal.com
              Paul G. Garjian    on behalf of Creditor    Rodriguez Painting and Carpentry pgarjian@verizon.net
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren A. Usatine    on behalf of Debtor   Oxford Property Services, Inc. wusatine@coleschotz.com,
               fpisano@coleschotz.com
                                                                                               TOTAL: 15