# MUSCARELLA, BOCHET, EDWARDS & D'ALESSANDRO

A Professional Corporation
Counsellors At Law

WILLIAM C. BOCHET
BARBARA ANNE EDWARDS
JAMES P. D'ALESSANDRO*

MICHAEL J. MUSCARELLA (1913-2010)

* NEW YORK BAR

**10-04 River Road**
**Fair Lawn, New Jersey 07410**

(201) 796-3100
Fax (201) 791-0350

April 8, 2020

**Clerk, US Bankruptcy Court**
*Filed electronically*

RE:   **Status Report**
      **Oxford Property Services, Inc., Debtor**
      **Chapter 7; Case No. 13-13820**

Dear Sir/Madam:

In response to the Court's request for a Status Report in the above matter, please be advised that this mater was consolidated into Oxford Building Service, Inc., Chapter 7; Case No. 13-13821-VFP by Order dated October 12, 2016. The trustee's Final Report in the consolidated cases was filed under Oxford Building Service, Inc. and approved in October 2019. Kindly note your records accordingly.

Very truly yours,

**BARBARA A. EDWARDS**
Interim Trustee

BAE:plc

UNITED STATES BANKRUPTCY COURT
District of New Jersey

# memorandum



☒ P.O. Box 1352
Newark, NJ 07101-1352
(973) 645-4764

☐ P.O. Box 2067
Camden, NJ 08101-2607
(856) 361-2300

☐ 402 East State Street
Trenton, NJ 08608
(609) 858-9333

TO: Barbara Edwards

FROM: Clerk's Office

CASE NO./NAME: 13-13820 Oxford Property Services Inc

DATE: 4/3/20

---

In reviewing this case to determine if it is ready for closing, it has been noted that the following document(s) have not been filed:

☒ Trustee's Report of No Assets

☐ Certification of Service Concerning Order Respecting Amendment to Schedules or List of Creditors

☐ Chapter 13 Trustee's Final Report

☐ Order concerning a Motion returnable: _____

☒ Other:   Status Letter

**IF ASSETS ARE CONTEMPLATED IN A CHAPTER
7 CASE, SUBMIT NOTICE OF DISCOVERED ASSETS**

Please forward the above document(s) to the Court within ten (10) days; if they cannot be forwarded, please notify the Court. If the document(s) are not forwarded and no response is received, the case may be closed, or listed for Status Conference. Your cooperation is greatly appreciated.

**PLEASE ENCLOSE A COPY OF THIS MEMO WITH ANY SUBMISSION**

JEANNE A. NAUGHTON, Clerk

rev.1/4/17